THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Crim. No. 3:17-CR-77 |
| | : Crim. No. 3:17-CR-201 |
| v. | : (Judge Mariani) |
| | : |
| HECTOR DELACRUZ, | : |
| | : |
| Defendant | : |

ORDER

AND NOW, THIS _19th_ DAY OF JUNE 2020, upon consideration of Defendant's filings which the Court has construed as motions for compassionate release (Docs. 148, 153) and all relevant documents, **IT IS HEREBY ORDERED THAT** Defendant's motions (Docs. 148, 153) are **DISMISSED WITHOUT PREJUDICE** for the reasons set out in the simultaneously filed Memorandum Opinion.

_____
Robert D. Mariani
United States District Judge